Dunshee, Appellant, v. Ætna Life Insurance Company.

Argued April 15, 1904. Appeal, No. 134, April T., 1904, by plaintiff, from order of C. P. No. 1, Allegheny Co., March T., 1898, No. 226, refusing to take off nonsuit in suit of W. A. Dunshee v. Ætna Life Insurance Company. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY SMITH J., July 28, 1904 :

This case was heard with the preceding case of W. A. Dunshee v. The Travelers Insurance Co. of Hartford, Connecticut, ante, p. 559, on the same evidence, and a compulsory non-suit entered for the same reason. We have this day filed an opinion in that case and for the reasons given in that opinion the judgment here is affirmed.